UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Barbara Grant,

    Plaintiff,           CASE NO.: 8:21-cv-01977-TPB-CPT

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

COMES NOW, Plaintiff, Barbara Grant ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.09(a), and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: October 11, 2022

                                          Respectfully submitted:

                                          /s/ *Benjamin W. Raslavich*
                                          **BENJAMIN W. RASLAVICH, ESQ.**
                                          Florida Bar No.: 0102808
                                          **KUHN RASLAVICH, P.A.**
                                          2110 West Platt Street
                                          Tampa, Florida 33606
                                          Telephone: (813) 422 – 7782
                                          Facsimile: (813) 422 – 7783
                                          ben@theKRfirm.com
                                          Counsel for Plaintiff

*Certificate of Service on the following page*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808