UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Barbara Grant,

    Plaintiff,

v.                                                         Case No.8:21-cv-01977-TPB-CPT

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## NOTICE VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Barbara Grant, by and through undersigned counsel, hereby dismisses this case with prejudice.

Dated: December 7, 2022        Respectfully submitted,

        /s/ *Benjamin W. Raslavich*
        **BENJAMIN W. RASLAVICH, ESQ.**
        Florida Bar No.: 0102808
        **KUHN RASLAVICH, P.A.**
        2110 West Platt Street
        Tampa, Florida 33606
        Telephone: (813) 422 – 7782
        Facsimile: (813) 422 – 7783
        Ben@theKRfirm.com
        Counsel for Plaintiff

*[Certificate of Service follows on the next page]*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808